IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEM COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. MEHLHOFF, DAVID BERNHARDT, and CORNELIA HUDSON<br><br>Defendant. | CV 19-67-SPW-TJC<br><br>**ORDER GRANTING EXTENTION OF TIME** |

Defendants have filed a motion for extension of time to respond to Plaintiff's Complaint (Doc. 1) because Counsel for Plaintiff indicated to Defendants that an amended complaint is forthcoming. (Doc. 4 at 1-2.) Defendants wish to file one answer as opposed to two and seek 60 days following the filing of the Amended Complaint. (*Id.* at 2.) This motion is unopposed. (*Id.*)

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file its amended complaint on or before December 2, 2019, and Defendants shall respond within sixty (60) days of the filing of Plaintiff's amended complaint.

**IT IS ORDERED**.

DATED this 15th day of October, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge