IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN J. MEHLHOFF, State Director, the BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, Acting Secretary of the Interior; and CORNELIA HUDSON, Field Manager, BLM's Dillion Field Office,<br><br>Defendants. | CV 19-67-BLG-SPW-TJC<br><br>**ORDER VACATING SCHEDULING ORDER AND STAYING PROCEEDINGS** |

The Parties have filed a joint motion to vacate the Order for Case Management Plan and to issue a temporary stay in proceedings. (Docs. 13, 16.) The Parties have indicated that disposition in a related case, *Native Ecosystem Council v. Judice et al.*, CV-18-157, will affect how the instant case proceeds. (Doc. 16 at 2.)

Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1. The January 31, 2020 Order (Doc. 13) is VACATED.

2. This matter is STAYED pending resolution of summary judgment in *Native Ecosystem Council v. Judice et al.*, CV-18-157, Docs. 39-42.

3. The parties shall file a status report with the Court within seven days of disposition in the above matter.

**IT IS ORDERED.**

DATED this 12th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge