IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAY 1 2 2020

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| NATIVE ECOSYSTEM COUNCIL,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN J. MEHLHOFF, State Director, BUREAU OF LAND MANAGEMENT, an agency of the United States, DAVID BERNHARDT, Secretary, DEPARTMENT OF THE INTERIOR and CORNELIA HUDSON, Field Manager for the BLM's Dillon Field Office,<br><br>Defendants. | CV 19-67-BLG-SPW<br><br>ORDER | |

Upon Stipulation of Voluntary Dismissal (Doc. 19) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is dismissed without prejudice, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 12th day of May, 2020.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1